UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 3:15-00070-5 |
| | ) | Judge Aleta A. Trauger |
| **FRANCISCO HERNANDEZ-BOX** | ) | |

**MOTION FOR ENTRY OF A CONSENT ORDER OF FORFEITURE CONSISTING OF A $462,000 UNITED STATES CURRENCY MONEY JUDGMENT AS TO COUNT ONE**

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves based upon the Court's acceptance of Defendant Francisco Hernandez-Box's plea of guilty to Count One of the Third Superseding Indictment in the above-styled case, for a Consent Order of Forfeiture consisting of $462,000 United States currency Money Judgment.

A proposed Consent Order of Forfeiture Consisting of a $462,000 Money Judgment which has been signed by the parties is attached hereto for the Court's convenience.

Respectfully submitted,

DAVID RIVERA
United States Attorney


By: /s Thomas J. Jaworski
THOMAS J. JAWORSKI
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorneys
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615 736-5151
Email: Thomas.J.Jaworski2@usdoj.gov

1